AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Meghan E. Claiborne)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
| v. | ) |
| HENRIE TANKWAI, KPARYEA TANKWAI AND TRELLY TAYLOR | ) Case No. 23-mj-1963-1-3 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/8/2023__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(b)(1)(A) | Possession with intent to distribute 500 grams or more, that is, approximately 90 pounds, of a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

On or about 11/8/2023, the defendants possessed with intent to distribute approximately 90 pounds of crystal methamphetamine.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alvina Thomas, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/9/2023__

_____
*Judge's signature*

City and state: __Philadelphia, PA__       Carol Sandra Moore Wells, U.S.M.J.
*Printed name and title*

## AFFIDAVIT OF PROBABLE CAUSE

I, Alvina Thomas, a Special Agent with the Drug Enforcement Administration, being duly sworn, deposes and states:

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"), currently assigned to the Philadelphia Field Division's High Intensity Drug Trafficking Area (HIDTA). I have been a Special Agent with DEA since June 2019. Prior to that, I was a police officer with the Philadelphia Police Department for approximately a year and a half. As a police officer and a Special Agent with DEA, I have participated in numerous narcotics investigations and interdictions. I have interviewed witnesses, cooperating defendants, and confidential informants, and I have prepared and executed search warrants and arrest warrants. I have also utilized undercover assets and conducted various forms of surveillance, including both physical and electronic surveillance.

2. Through my training and experience, I am familiar with the operations of drug trafficking organizations, including the terminology and the methods they use to avoid detection by law enforcement.

3. Based on the information outlined in this affidavit, as well as my training and experience, I have probable cause to believe that violations of 21 U.S.C. §§ 841(b)(1)(A) (possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine) have been committed by Kparyea TANKWAI, Henrie TANKWAI and Taylor TRELLY.

4. This affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. This affidavit is also based upon information and experience imparted to me by other law enforcement officers and a confidential source.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, your affiant has not included each and every fact known to me concerning this investigation. Your affiant has set forth only the facts that your affiant believes are necessary to establish probable cause to believe that the defendants have committed the crime charged in the criminal complaint.

## STATEMENT OF PROBABLE CAUSE

6. On November 8, 2023, DEA Agents and Narcotics Agents with the Pennsylvania Office of Attorney General ("OAG") were conducting interdiction efforts at the Philadelphia International Airport, 8500 Essington Ave., Philadelphia, PA 19153. During these efforts, Agents identified 2 males, Kparyea TANKWAI, DOB 06/23/1994, and Henrie TANKWAI, DOB 09/27/1995, who were both booked to fly in on American Airlines flight 814 from Los Angeles International Airport in Los Angeles, California to the Philadelphia International Airport in Philadelphia, Pennsylvania, on November 8, 2023. Based on a review of the subjects' travel itineraries, agents observed that both subjects had purchased their tickets within close proximity of their departure time and date and were flying in from a city which is known to be a narcotics hub.

7. Based on this information, Agents conducted further checks and identified that Henrie TANKWAI has an extensive criminal history that includes narcotics offenses. Agents were also able to identify that Kparyea TANKWAI and Henrie TANKWAI each had a checked bag on the flight. Henrie TANKWAI's luggage tag was identified as 7001464394 and Kparyea TANKWAI's luggage tag was identified as 7001464471.

8. Upon arrival of the flight at the Philadelphia International Airport, the luggage was identified by Agents on the luggage cart in the area of baggage carousel #19. Agents observed the smell of marijuana coming from Henrie TANKWAI's bag.

9. The Agents then laid numerous bags on the floor, including those belonging to Kparyea TANKWAI and Henrie TANKWAI, and a Philadelphia Sheriff Deputy deployed a K9, Max, on the luggage. K9 Max was last certified on March 16, 2022, and is trained to detect methamphetamines, crack, heroin, fentanyl, marijuana, MDMA, and cocaine. K9 Max has received over 400 hours of training through the Philadelphia Police K9 Academy. The Sheriff Deputy advised that K9 Max alerted to the presence of one or a combination of odors he is trained/certified to detect emanating from both a grey in color bag and a pink in color bag. It was confirmed that the grey in color bag belongs to Henrie TANKWAI ("Bag 1") and the pink in color bag belongs to Kparyea TANKWAI ("Bag 2"). K9 Max also alerted on a purple bag bearing luggage tag 7001464531 identified as belonging to Trelly TAYLOR ("Bag 3").

10. All bags were then placed on the baggage carousel and sent up into the baggage claim area. Trelly TAYLOR was observed picking up Bag 3 and began to proceed quickly towards the exit. Henrie TANKWAI was observed picking up Bag 1. As Trelly TAYLOR was reaching the exit, Agents approached and attempted to prevent him from leaving the airport building. All 3 subjects then attempted to flee on foot and were subdued by officers. Kparyea TANKWAI fled before he claimed any luggage, but the luggage tag for Bag 2 was found on his person. All 3 subject were detained.

11. At 6:00 pm, agents, along with PA State Police, obtained a warrant from the Philadelphia Court of Common Pleas for the search of all 3 pieces of luggage.

12. The search warrants were executed on each piece of luggage. Bag 1 (associated with Henrie TANKWAI) was found to contain approximately 30 pounds of suspected crystal methamphetamine, 1 ounce of suspected marijuana and various items of clothing.

13. Bag 2 (associated with Kparyea TANKWAI) was found to contain approximately 30 pounds of suspected crystal methamphetamine and various items of clothing.

3

14. Bag 3 (associated with Trelly TAYLOR) was found to contain approximately 30 pounds of suspected crystal methamphetamine, a jar of suspected marijuana and various items of clothing.



15. A NIK test was also conducted by Pennsylvania State Police on one bag of suspected methamphetamine from each of the 3 bags, and the results of all 3 tests confirmed the presence of methamphetamine.

16. Agents transported all evidence to Philadelphia State Police Barracks at Belmont. All 3 suspects were transported to the Philadelphia Police Administrative Building.

## CONCLUSION

17. Based on the facts set forth above, there is probable cause to believe that Kparyea TANKWAI, Henrie TANKWAI and Taylor TRELLY have each violated Title 21, United States Code Sections 841(b)(1)(A) (possession with intent to distribute 500 grams or more of a mixture

4

and substance containing a detectable amount of crystal methamphetamine).

/s/
Alvina Thomas
Special Agent
Drug Enforcement Administration

Sworn to before me this 9th day
of November 2023:

HON. CAROL SANDRA MOORE WELLS
United States Magistrate Judge

5